## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
*Jacksonville Division*

UNITED STATES OF AMERICA, *ex rel.*
[UNDER SEAL]

     *Plaintiffs*,

v.

[UNDER SEAL]

[UNDER SEAL]

     *Defendants*.

Case No. ~~0:00-cv-00000~~ 3:14-cv-723-J-32JRK

**Complaint for Violations of the Federal False Claims Act, 31 U.S.C. §§ 3729 et seq.**

**FILED UNDER SEAL**

**Jury Trial Demanded**

FILED 6/25/14
CKS
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

2:14cv405FtM29CM

2014 JUN 23  PM 1:16

 U\
5-3

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### *Jacksonville Division*

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*<br>JOSEPH TING<br>    3640 Ficus Pl.<br>    Grant, FL 32949<br><br>    *Plaintiffs*,<br><br>v.<br><br>21ST CENTURY ONCOLOGY, INC.<br>    2270 Colonial Blvd.<br>    Fort Myers, Florida 33907<br><br>    Serve:  Corporation Service Company<br>              1201 Hays St.<br>              Tallahassee, Florida 32301<br><br>SOUTH FLORIDA RADIATION<br>ONCOLOGY, LLC.<br>    3343 State Road 7<br>    Wellington, Florida 33449<br><br>    Serve:  Ravi Patel<br>              3343 State Road 7<br>              Wellington, Florida 33449<br><br>    *Defendants.* | **Case No. 0:00-cv-00000**<br><br>**Complaint for Violations of the**<br>**Federal False Claims Act, 31**<br>**U.S.C. §§ 3729 et seq.**<br><br>**FILED UNDER SEAL**<br><br>**Jury Trial Demanded** |

1

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

## INTRODUCTION

1.      Qui tam relator Joseph Ting ("Relator" or "Dr. Ting"), by his attorneys, individually and on behalf of the United States of America, files this Complaint against Defendants South Florida Radiation Oncology, LLC. ("SFRO") and 21st Century Oncology, Inc. ("21st Century") (collectively, "Defendants") to recover damages, penalties, and attorney's fees for violations of the federal False Claims Act, 31 U.S.C. §§ 3729 et seq. ("FCA").

2.      Dr. Ting began working for SFRO as a medical physicist in June 2013.

3.      SFRO is a radiation oncology practice that provides radiation therapy to patients with cancer.

4.      21st Century is an integrated network of cancer treatment centers that delivers radiation therapy to patients with cancer.

5.      In February 2014, 21st Century became the majority investor in SFRO when it completed its $60 million investment in SFRO.

6.      Prior to 21st Century becoming SFRO's majority investor, SFRO treated the majority of its patients with IMRT.

7.      Since 21st Century has become SFRO's majority investor, 21st Century has encouraged SFRO doctors to treat even more patients with IMRT as opposed to with conventional radiation therapy treatments.

8.      Defendants treat the majority of their patients with IMRT because it is reimbursed by Medicare at a rate four times the rate conventional radiation therapy is reimbursed at.

9.      21st Century has implemented the GAMMA project at over 100 of its treatment centers nationwide.

2

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

10.    GAMMA purports to measure exit doses of radiation while the patient is receiving radiation therapy.

11.    GAMMA takes exit dose measurements with machine mounted image portals compiles the images and analyzes the images to compare to the reference image.

12.    21st Century claims that GAMMA has led to a 5% to 7% improvement of treatment setup "because the treatment technicians (therapists) are being more careful because they know someone is watching."

13.    21st Century bills for GAMMA by charging CPT Code 77300 one time per week for every port (radiation entry site) of every patient receiving radiation therapy.

14.    GAMMA negatively impacts patients care by increasing treatment time.

15.    GAMMA uses portal imagers in a way that is not approved by the FDA.

16.    GAMMA is improperly billed under CPT Code 77300.

17.    When 21st Century became the majority investor in SFRO, SFRO implemented GAMMA in all of their locations.

18.    SFRO's GAMMA Policy requires their medical physicists to bill CPT Code 77300 once every week for every port on every patient.

19.    SFRO is also back billing for GAMMA images that were taken before the GAMMA software was fully installed and functioning.

20.    Dr. Ting has voiced his concerns about GAMMA a number of times.

21.    In light of SFRO's implementation of GAMMA, Dr. Ting has resigned his position with SFRO, effective July 3, 2014.

22.    Defendants submit claims to Medicare for the GAMMA project.

3

23.     Defendants submit claims to Medicare for their overuse of IMRT.

24.     Defendants receive reimbursement from Medicare for claims they submit for patients who are receiving unnecessary IMRT.

25.     Defendants receive reimbursement from Medicare for claims submitted for GAMMA.

26.     To Dr. Ting's knowledge, Defendants' fraud remains ongoing through the present.

## JURISDICTION AND VENUE

27.     This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 and 31 U.S.C. § 3732(a).

28.     This Court has personal jurisdiction over Defendants pursuant to 31 U.S.C. § 3732(a) because Defendants transact business in this judicial district.

29.     Venue is proper in this Court under 28 U.S.C. §1391(c) and 1395a(a), and 31 U.S.C. § 3732(a) because the complained of illegal acts occurred within this judicial district, Defendants are a resident of this district, and because Defendants transact business within this judicial district.

## PARTIES

30.     Dr. Ting is currently working as a medical physicist at SFRO.

31.     Dr. Ting predominantly works at SFRO's Bethesda Health City, Bethesda Memorial Hospital, Boca East Cancer Center, Boca West Cancer Center, Little Havana Cancer Institute locations, but will cover additional sites on an as needed basis.

4

32.     Dr. Ting was hired as a medical physicist by SFRO in June 2013.

33.     Before June 2013, Dr. Ting was working with SFRO centers to calibrate their treatment machines as a consultant physicist.

34.     Defendant SFRO is a Florida Corporation with nineteen locations throughout the state.

35.     SFRO is in the business of providing radiation therapy to cancer patients.

36.     SFRO was starts in 2009 by two clinicians, Dr. Kishore Dass and Dr. Ben Han, and a financial backer, Ravi Patel.

37.     21st Century is a Florida Corporation with 161 cancer treatment centers located throughout the sixteen states, and abroad.

38.     On February 11, 2014, 21st Century completed its $60 million investment in SFRO, acquiring 65% of SFRO's equity interest.

39.     Approximately 80% of SFRO's patients are Medicare beneficiaries.

40.     Through his employment at SFRO, Dr. Ting has firsthand knowledge of Defendants' fraudulent business practices.

## FACTUAL ALLEGATIONS

### *Radiation Therapy Background*

41.     Radiation therapy delivers high-energy radiation to tumors to kill cancer cells by damaging the cancer cell's DNA.

5

42.     Once the cancer cell's DNA is damaged beyond repair, the cancer cell is no longer able to divide. When the cancer cell stops dividing, it dies and is eventually broken down and eliminated by the body's natural elimination process.

43.     Radiation can also harm healthy cells and often times, patients undergoing radiation therapy are at risk to have healthy tissue located near the tumor damaged.

44.     These high energy X-ray beams are able to reach deep seated tumors within the patient's body.

45.     These high energy X-ray beams are delivered into the body through ports.

46.     A port, also known as a field, is the term for the quadrant of the body that the X-ray beam is delivered into.

47.     Typically, a patient receives treatment in multiple fractions of a total calculated radiation dose.

48.     Most patients, who are receiving "daily" fractions of 3-D conformal therapy or intensity modulated radiation therapy ("IMRT"), receive treatment every day, Monday through Friday, for about six to eight weeks. This means patients receiving 3-D conformal therapy or IMRT receive anywhere from thirty to forty fractions to complete a treatment.

49.     Most patients do not receive treatment on weekends to allow the tissue to heal a little bit between fractions.

50.     Daily fractional doses are calculated and prescribed by properly certified and licensed clinicians based on a multitude of factors.

51.     The process of calculating and assessing the amount of radiation received by the body during radiation therapy is called dosimetry.

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

### Radiation Therapy Delivery – Three Dimensional Conformal Radiotherapy (3-D conformal therapy)

52.   3-D conformal therapy is the conventional delivery method for radiation therapy that is used for the majority of cases.

53.   3-D conformal therapy is usually delivered through three to four ports over forty to forty five fractions, or about two months.

54.   Patients receiving daily fractions of 3-D conformal therapy usually spend about ten minutes on the treatment couch as the machines deliver X-rays.

55.   The majority of cancer patients receiving radiation therapy should receive 3-D conformal therapy.

### Radiation Therapy Delivery – Volumetric Arc Therapy (VMAT)

56.   VMAT delivers a highly targeted dose of radiation in a way that closely wraps around the tumor, with a very sharp fall off of radiation level.

57.   Because of its highly targeted delivery, VMAT is referred to as a highly conformal treatment.

58.   VMAT emerged about six years ago for use in the clinical setting.

59.   Instead of using various ports, VMAT delivers radiation beams through an arc around the patient.

60.   Depending on the location of the tumor and the critical nature of the surrounding tissue, patients getting VMAT can receive a single arc to as many as five arcs to target the tumor.

61.   VMAT reduces treatment time compared to 3-D conformal therapy or IMRT because it is delivered with continuous arc motion of the treatment machine.

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

62.     VMAT is usually delivered over five fractions, or one week, as opposed to the forty fractions needed for conventional therapy.

63.     Per VMAT fraction, each patient usually spends five minutes on the treatment couch receiving radiation.

***Radiation Therapy Delivery – Intensity Modulated Radiation Therapy (IMRT)***

64.     IMRT is another highly conformal radiation delivery method that delivers high doses of radiation in a way that closely targets the tumor with a very sharp fall off of radiation levels.

65.     IMRT was introduced into the radiation therapy community about fifteen years ago.

66.     IMRT is usually delivered through nine to twelve treatment ports but can be delivered through as many as twenty ports over forty to forty five fractions.

67.     Due to the large number of ports and the highly conformal delivery, IMRT treatment usually takes about fifteen to twenty minutes per fraction.

68.     IMRT is considered a higher level of radiation therapy and is not the default procedure.

69.     Because of the large price differential for IMRT compared to faster treatment methods, many practitioners prescribe IMRT over less expensive options like 3-D conformal therapy.

70.     VMAT and IMRT require written documentation stating why a patient is appropriate for highly conformal radiation therapy as opposed to the standard 3-D conformal therapy.

8

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

71.     At SFRO, all documentation is electronic and the doctor is able to use canned forms and check boxes to indicate why a patient is appropriate for highly conformal therapy.

72.     With this type of electronic record, it is easy for the doctor to simply check off enough of the boxes to support highly conformal treatment whether it is appropriate or not.

73.     The Local Coverage Determination ("LCD") in place for Florida states that "IMRT is not a replacement therapy for conventional radiation therapy methods" and that "IMRT will be considered reasonable and necessary when at least one or more" of the five conditions listed in the LCD is documented.

**Coverage Indications, Limitations, and/or Medical Necessity**

Intensity Modulated Radiation Therapy (IMRT) is a computer-based method of planning for, and delivery of patient specific, spatially modulated beams of radiation to solid tumors within a patient. IMRT planning and delivery uses an approach for obtaining the highly conformal dose distributions needed to irradiate complex targets positioned near, or invaginated by, sensitive normal tissues, thus improving the therapeutic ratios. IMRT delivers a more precise radiation dose to the tumor while sparing the surrounding normal tissues by using non-uniform radiation beam intensities determined by various computer-based optimization techniques.

The decision process for using IMRT requires an understanding of accepted practices that take into account the risks and benefits of such therapy compared to conventional treatment techniques. While IMRT technology may empirically offer advances over conventional or three-dimensional conformal radiation, a comprehensive understanding of all consequences is required before applying this technology.

IMRT is not a replacement therapy for conventional radiation therapy methods. IMRT will be considered reasonable and necessary when at least one or more of the following five conditions is documented:

1. The target volume is in close proximity to critical structures that must be protected.

2. The volume of interest must be covered with narrow margins to adequately protect immediately adjacent structures.

3. An immediately adjacent area has been previously irradiated and abutting portals must be established with high precision.

4. The target volume is concave or convex, and critical normal tissues are within or around that that convexity or concavity.

5. Dose escalation is planned to deliver radiation doses in excess of those commonly utilized for similar tumors with conventional treatment.

The most common sites that currently support the use of IMRT include:

• Primary, metastatic or benign tumors of the central nervous system, including the brain, brain stem and spinal cord

• Primary metastatic tumors of the spine where spinal cord tolerance may be exceeded by conventional treatment

• Primary, metastatic or benign lesions to the head and neck area including orbits, sinuses, skull base, aerodigestive tract and salivary glands.

• Carcinoma of the prostate

• Selected cases of thoracic and abdominal malignancies

• Selected cases of left breast tumors due to risk to immediately adjacent cardiac and pericardial structures, and selected right breast cases in larger volume breasts and larger chest wall separation distances.

• Other pelvic and retroperitoneal tumors that meet the requirements for medical necessity

• Reirradiation that meets the requirements for medical necessity.

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

74.     In most cases, IMRT provides no particular benefit to the patient over VMAT.

75.     In some instances, because the treatment time for IMRT is much longer than 3-D

conformal, IMRT is not the treatment technique of choice for some patients or lesions.

76.     During his time at SFRO, Dr. Ting has observed SFRO physicians treating

patients with IMRT the majority of the time.

77.     When 21st Century became the majority investor in SFRO, Dr. Ting heard a

rumor from his SFRO manager, Ken Imhoff, that 21st Century treats their patients with IMRT at

least 90% of the time.

**From:** Ken Imhoff
**Sent:** Monday, March 03, 2014 3:48 PM
**To:** Joe Ting
**Subject:** RE: tomorrow Daniel wants to swing by BHC with me to reintroduce himself to you. We have a 8:30 meeting at Boca West first then we will come by.

More an honor for me than you I'm sure.

Everyone should just be themselves. I am too old and too tired to exhaust myself with facades. It's hard enough to live my own life, let alone try to control others.

Not to sound like scripture but I am learning to only worry about that which I can control; as you know, the list of things that you can control seems to get smaller and smaller as time goes by. On that note – I just received a text from one of our physicists stating that they heard we treat IMRT on 90% of our cases and wanted to know if that was true. I am not sure why I am supposed to be concerned with that (?) or how I would even know that. I am a physicist and, depending on your frame of reference, that is a clinical or business decision. From my frame of reference it is a clinical one and therefore not mine to make. I suspect that the 'accuser' who spoke to our colleague sees it as a business decision. Again, not mine to make.

Ken Imhoff, M.S. DABR
Chief Medical Physicist
South Florida Radiation Oncology
561-376-4576

78.     Since the national average of IMRT use is 30%, it would be highly unusual for

90% of 21st Century's patients to require IMRT.

10

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

79.     Imhoff informed Dr. Ting that Imhoff did not think it was his position to be concerned with how physicians choose to treat patients, and depending on who you asked, treating patients with IMRT is either a medical or business decision.

80.     Since 21st Century has become the majority shareholder in SFRO, Dr. Ting has had conversations with the SFRO radiation oncologists, Dr. Arguelles where Dr. Arguelles informed Dr. Ting that he received an email from 21st Century telling him that he needed to prescribe more IMRT and less VMAT treatments.

81.     According to Dr. Arguelles, the justifications provided in the email to Dr. Arguelles were groundless.

82.     Dr. Arguelles felt that how he treated his patients was not 21st Century's decision to make and he was upset that he was being told how to treat his patients.

***Radiation Dosimetry Calculations***

83.     Radiation dosimetry is a process used to calculate and assess the amount of radiation received by the body.

84.     These calculations are performed for each port to calculate the proper amount and angle for the X-ray beams to be most accurately delivered to the tumor while sparing the surrounding healthy tissue.

85.     The more ports a patient receives treatment through, the more calculations a physicist must perform, the more the practice can bill the radiation dosemitry calculation code.

86.     Radiation dosimetry calculations should only be done when the radiation treatment is first calculated at the beginning of the treatment, or if the patient's treatment needs to change.

11

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

*Image Guided Radiation Therapy (IGRT)*

87.    IGRT uses the machine mounted x-Ray imaging systems to assist practitioners in properly lining up the high energy X-Ray beams by using bony landmarks, and is a common practice in radiation therapy.

88.    The use of IGRT ensures accurate targeting of the tumor and sparing of the surrounding normal tissue.

89.    Using IGRT every treatment day is appropriate as it is necessary to make sure that the patient is properly positioned to get the most effective treatment possible.

90.    This type of IGRT may be performed as medically appropriate and may be billed whenever the service is provided.

*Portal Imagers*

91.    Portal imagers allow practitioners to take images of the actual treatment port while the patient is in position.

92.    Often, clinicians will require documentation of the treatment port, including the shape of the radiation treatment port which is shaped to the tumor.

93.    Portal imagers allow clinicians to visualize the treatment ports relative to the patient's anatomy with a small amount of radiation, either immediately prior to, or during, the radiation treatment.

94.    It is common practice within the radiation therapy industry to perform these portal images at the beginning of each treatment week as it helps document the treatment.

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

**The GAMMA Project**

95.    GAMMA is a program that was started by 21st Century in 2009 and is currently

being conducted by 100 of 21st Century's treatment machines as well as all of the treatment

machines 21st Century acquired through its investment in SFRO.

96.    21st Century, and now SFRO, use GAMMA to measure the exit doses of

radiation of every port for every patient receiving any type of radiation therapy, every day.

97.    These exit dose measurements are taken with the machine mounted portal

imagers.

98.    GAMMA uses the image portals to capture the amount of radiation that is passing

through a patient from the treatment port every day while the patient undergoes radiation

therapy.

99.    Once the image for each port is captured, the GAMMA software takes the images

from each day of the week and essentially layers the images on top of each other to create one

average image for the week, called a QA image.

100.    The layering of the images allows the doctor to see, more or less, the amount of

absorption of radiation over the week, without having to account for the day to day variation

caused by breathing, organ movement, and patient movement.

101.    Once the GAMMA software creates the QA image, it compares the QA image

with the reference image and sends an image comparison, called a GAMMA plot, to the doctors

who are supposed to review the images for each port and compare it to the reference image

(usually the first or second treatment).

13

102.    The QA images each week should be the same as the reference image if everything is aligned correctly.  If the images match, it verifies that the ports and patient are set up properly each week.

103.    On March 25, 2014, Galmarini held a two and a half hour meeting at SFRO's Jupiter, Florida location to introduce GAMMA to the SFRO staff.

104.    Half of all SFRO physicians and all of the SFRO medical physicists were present, along with two staff people from 21st Century, including Galmarini.

105.    During the presentation, Galmarini explained that 21st Century takes exit dose measurements with the portal imager for every X-Ray patient, not just IMRT and VMAT patients.

106.    Galmarini described GAMMA as "fully automatic" which means that no clinician reviews the images or reviews the measured radiation dose.

107.    At this meeting, Galmarini also confirmed that billing is done once per week for GAMMA.

108.    Galmarini informed the SFRO staff that since implementing GAMMA at all 21st Century locations, there has been a 5% to 7% improvement of treatment setup "because the treatment technicians (therapists) are being more careful because they know someone is watching."

109.    Galmrini's statistics would be extremely difficult to validate.

110.    Exit dose radiation is not usually something that is measured during radiation therapy.

14

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

### SFRO Implements GAMMA

111.    Throughout the spring of 2014, SFRO began implementing GAMMA.

112.    GAMMA was officially in place at all SFRO locations as of June 2, 2014.

113.    Despite being fully set up, the GAMMA software was still malfunctioning as of June 6, 2014.

114.    For example, the GAMMA software would send out images for patient Jane Doe when, meanwhile, the images were actually associated with patient John Smith.

115.    The GAMMA software would also send out images associated with the wrong port, so the image for port three would be labeled port four.

116.    As SFRO began implementing GAMMA, Dr. Ting voiced his concerns about the project.

117.    While at a lunch with Imhoff where Dr. Ting was expressing his concerns about GAMMA, Imhoff told Dr. Ting that GAMMA is not optional and all SFRO locations and practitioners must participate in GAMMA.

118.    On May 21, 2014, Dr. Ting emailed his supervisor, Imhoff, asking for clarification about whether or not GAMMA is a 21st Century policy that was mandatory for SFRO.

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

Subject: RE: GAMMA

I cannot answer that but I am willing to forward your request/question to Ravi
if you would like.

Ken Imhoff, M.S. DABR
Chief Medical Physicist
South Florida Radiation Oncology
561-376-4576

-----Original Message-----
From: Joe Ting
Sent: Tuesday, May 20, 2014 5:02 PM
To: Ken Imhoff
Subject: GAMMA

Hi, Ken:

I know that you are now more than 100% busy with the 21C VIPs on the road trip
to promote the GAMMA project across all SFRO sites.

As I have mentioned to you in many situations, I have concerns about the GAMMA
project.  In fact, the 21C IPO announcement and filing with the Security
Exchange clearly counting on significant income from the GAMMA project from both
OnCure and SFRO.

Given the above, I need to clarify the following so I can proceed forward.
===========

I was in the March presentation by 21C staff, especially from Daniel Galmarini ,
about 21st Century policies and I just want to confirm that it is a 21C policy.

As I understand it, it is the 21st Centuries' policy to use the GAMMA project,
which involves imaging each port of the patient, every treatment, every patient.
In order to take exit dose measurements.  In fact, as I am aware, we started
doing "exit dose" measurement for the GAMMA project, on all SFRO sites, except a
few sites which the treatment machines do not allow it, technically, about 4
weeks, ago.

If you could just confirm this with me, I would appreciate it.

I wish to make sure that the GAMMA project is a 21C policy and it is NOT a
voluntary project for which SFRO is a willing participant.
===========

Best regards.

Joseph Ting
321 213 5690

119.   Imhoff forwarded Dr. Ting's question to Managing Director, Patel.

120.   Patel called Dr. Ting in response to Dr. Ting's email, and stated that while

GAMMA is not a 21st Century policy, it is "highly recommended" by 21st Century.

121.   Additionally, Patel told Dr. Ting that SFRO is "eager" to participate in GAMMA.

122.   On May 22, 2014, SFRO circulated a Policy No. 7640095 regarding Coding

77300 Basic Radiation Dosimetry which was approved by Medical Director, Dr. Dass, and

included instructions on how to bill for GAMMA.

16

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

**South Florida Radiation Oncology**

RE: Coding 77300 Basic Radiation Dosimetry

| | |
|---|---|
| ORIGINAL EFFECTIVE DATE: 01/11/2006 Committee | PREPARED BY: 21C Coding & Billing |
| REVIEW DATE: 010/11/2006 | TITLE: Cancer Center Director |
| POLICY NO. 7640095 | APPROVED BY: Kishore Dass, M.D. |
| DEPARTMENT: South Florida Radiation Oncology | TITLE: Medical Director |

123.    The policy instructs SFRO staff to bill for GAMMA "in multiple units, as it is performed on each treatment field."

4.3. Gamma calculations are billable when ordered, performed and approved by the physician. Gamma order is located on eRx or Gamma document. Gamma is billed with 77300.G.

Split billing codes are 77300.GTC and 77300.G26.

- Gamma documentation requirements for offices where physician approval continues to be manual are to print to paper and place into the medical record until such a time that the office converts to electronic approval.
- Gamma is billed in multiple units, as it is performed on each treatment field. Do not bill more than 10 units per line. When greater than 10 are performed code remaining units on the second detail with modifier.
- Gamma for tomotherapy is 6-8 units as supported by documentation.
- Auto Gamma date of service is the date the calculation is performed. See upper right corner of document for billable date. A minimum of three dates of gamma collection are required for gamma to be billable.
- Non-Auto Gamma date of service is the last date in the date string.
- When gamma is calculated 2 weeks or greater beyond the calculation period during treatment course, including the end of the treatment course, the gamma is not billable.
- When physician does not approve gamma the charge is billable as technical when within allotted calculation period (less than 2 weeks.)

124.    It is clear that GAMMA is fully implemented by 21st Century and has been successfully implemented in all SFRO locations.

***Defendants Fraudulently Bill for GAMMA***

125.    SFRO physicists have been instructed, both orally, and through Policy No. 7640095, to bill CPT Code 77300 for each port of each patient one time per week for GAMMA.

126.    SFRO is also retroactively billing patients for GAMMA even though the GAMMA software was not fully installed until June 2, 2014.

17

127.    SFRO has assigned high level manager, Bhargavi Vasiliou, and mid-level manager, Angelique Carcache, to generate bills for images taken as far back as six weeks prior to the date that the GAMMA software was actually up and running.

128.    Vasiliou and Carcache spent the first week of June 2014, in the SFRO Jupiter location back billing for GAMMA images taken before the software was up and running.

129.    Other 21st Century locations also bill CPT Code 77300 for GAMMA.

130.    Scott Whalen, an SFRO physicist, told Dr. Ting that other 21st Century sites bill for GAMMA automatically using the OWAN software.

131.    As long as the GAMMA plot image is "above threshold" no physicist needs to even review the image, and the OWAN software will bill for GAMMA automatically.

132.    OWAN has not yet been implemented by SFRO.

133.    21st Century systematically charges CPT Code 77300 once per week for every patient for every port.

134.    As there is no FDA approved use for the portal imagers in a dosimetry process, like the one GAMMA is attempting to use the portal imagers for, there is no appropriate CPT Code for GAMMA.

135.    CPT Code 77300 is for radiation therapy dose planning, not for taking exit dose images.

136.    CPT Code 77300 is billed by practitioners for each physics calculation performed when determining and setting up the radiation therapy doses at the beginning of a patient's treatment cycle.

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

137.    It is only appropriate to bill CPT Code 77300 when initially calculating a patient's linacs, or if it is necessary to recalculate the linacs during the treatment for whatever reason; it is not appropriate to bill CPT Code 77300 on a weekly basis.

138.    GAMMA does nothing to calculate or recalculate the radiation doses and treatment machine settings as would be required to bill CPT Code 77300.

139.    Dr. Ting, along with other SFRO practitioners have raised questions about 21st Century and SFRO's policy on billing for every port on every patient, every week under CPT Code 77300 for GAMMA.

140.    On June 12, 2014, one physicist, Silvia Pella questioned the appropriateness of billing CPT Code 77300 forty five times (nine field per treatment, five GAMMA reports per treatment).



141.    According to the instructions relayed by Imhoff, SFRO physicists are required to charge for GAMMA on the date that fits the billing requirement, regardless of when the GAMMA report is issued and reviewed by the physicist.

142.    Dr. Ting refuses to change the dates and enters the date that he was able to check the patient chart.

19

### Problems with GAMMA

143.   Gathering the images for GAMMA increases the amount of time each patient has to spend to get a daily fraction.

144.   Treatment time increases because in order to take the images required for GAMMA, the machine's image portals need to be extended.

145.   With the image portals extended, it stops the advanced radiotherapy machines from moving from port to port automatically.

146.   The radiation port has to be manually moved from port to port, and this increases treatment time.

147.   Treatment times can be more than double for 3-D conformal, VMAT and IMRT procedures.

148.   Depending on the number of ports, and the intricacy of the IMRT procedure being performed, collecting images for GAMMA could potentially increase treatment time for a patient from fifteen minutes to forty five minutes per day.

149.   When Dr. Ting learned of this increased treatment time for patients as a result of GAMMA, Dr. Ting emailed his concerns Imhoff on April 13, 2014.

150.   In his April 13 email, Dr. Ting informed Imhoff that the most modern Varian machines used in two SFRO locations are not suited for GAMMA since it would increase treatment times.

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

```
From:       Ken Imhoff                                                                              Sent:
To:         Joe Ting
Cc:
Subject:    Re: GAMMA with TrueBEAM

That's a very funny way to invite me to lunch for more sushi. I'll buy this time.

Sent from my iPhone

On Apr 13, 2014, at 3:28 PM, "Joe Ting" <jting@sfrc k.com> wrote:

    Um...

    I think that the TrueBEAM is not quite suited for GAMMA. For one thing, with the PV imager extended, the field sequences cannot be
    automated and the treatment time is, therefore, negatively impacted.
```

151.    Imhoff, instead of responding to Dr. Ting's concerns in writing, took Dr. Ting to lunch to discuss Dr. Ting's concerns.

152.    At that lunch, Imhoff informed Dr. Ting that is was not possible to opt out of GAMMA even if it did negatively impact patient care and increase treatment times.

153.    Dr. Ting expressed his extreme displeasure with this position

154.    Also, GAMMA uses the portal imagers in a way that is not approved by the FDA.

155.    Portal imagers are used to properly position patients to ensure that the beams of radiation are hitting the tumor as directly as possible.

156.    Defendants are using the machine mounted portal imager to measure exit radiation that passes through the patient during their treatment and comparing that exit dose radiation to the reference; this is not an approved procedure for the image portals.

157.    Measuring exit dose radiation is an off label use for portal imagers.

158.    Portal imagers are registered with the FDA as imaging devices, not devices to measure exit radiation on patients.

21

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

159.	During Galmarini's March 25 presentation, Galmarini informed the SFRO staff present that 21st Century was working on obtaining a 510(k) for GAMMA's use of the image portals.

160.	510(k) clearances are premarket notifications submitted by device manufacturers to the FDA notifying the FDA of the manufacturer's intent to market a medical device at least 90 days in advance of the manufacturer marketing that medical device.

161.	This premarket notification allows the FDA to determine whether the device is the same as a device that is already identified, and if not, allows the FDA to identify the device.

162.	Manufacturers are required to submit a 510(k) if they intend to introduce a device for the first time, or if they intend to reintroduce a device that will be significantly changed or modified from its original purpose.

163.	510(k)'s typically apply only to manufacturers, not product users, like 21st Century.

164.	Galmarini's comments at the March 25 presentation show that 21st Century is aware that GAMMA is using the machine mounted image portals in a way that is not currently approved by the FDA.

165.	In addition, there is no Institutional Review Board, or Investigational Device applications or approvals for the use of GAMMA at any SFRO site.

166.	The images used for GAMMA do not help doctors with placement of patients to ensure that the tumor is being directly targeted by the high energy X-Ray beams.

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

167.    GAMMA images do not help doctors with patient placement because GAMMA images do not contain bony landmarks that would help orient clinicians to see if the tumor was being targeted correctly.

168.    There is no protocol in place to ensure that the reference image is taken under 100% correct conditions to ensure that the reference image will always be correct.

169.    There is no way for the physician to know if the disagreement between the reference image and the compiled image stems from the reference image being incorrect or the compiled image being incorrect.

170.    As can be seen in patient Marie, the GAMMA plot indicated that the QA image, compared to the reference image is "below threshold."



23

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

171.    Yet the physicist who reviews the below threshold image has no way to determine how to fix the disagreement since there are not anatomical landmarks to indicate how to better position the patient.

172.    GAMMA software is set up to favor finding images "above threshold" as opposed to "below threshold."

173.    GAMMA favors "above threshold" images so the OWAN software can bill for GAMMA automatically without having a physicist review the image.

174.    Additionally, treatment setups and machines are now so sophisticated with many layers of checks and double checks that another level of checking for radiation delivered by measuring the exit dose is unnecessary.

175.    Dr. Ting refuses to sign off on any of the GAMMA images because he does not believe that the GAMMA images promote patient care.

176.    Dr. Ting resigned his position at SFRO, effective July 3, 2014 solely because he refuses to participate in the GAMMA project.

***Billing***

177.    3-D conformal therapy is billed under CPT Code 77295 which includes both a technical component and a professional component.

178.    When 3-D conformal therapy's two components are billed together, CPT Code 77295 is reimbursed at $477.32.[1]

---

[1] All reimbursement rates stated are specific to the state of Florida, excluding the Miami and Ft. Lauderdale areas.

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

179.    When the technical component is billed alone, CPT Code 77295 (with a modifier of TC) is reimbursed at $253.46.

180.    When the professional component is billed alone, CPT Code 77295 (with a modifier of 26) is reimbursed at $223.86.

181.    VMAT & IMRT are billed under CPT Code 77301 which includes both a technical component and a professional component.

182.    The LCD in place in Florida specifically states that "dosimetry performed as part of plan verification is part of the work and practice expense of CPT Code 77301 and cannot be billed separately."

183.    When VMAT and IMRT's two components are billed together, CPT Code 77301 is reimbursed at $1,909.72.

184.    When VMAT and IMRT's technical component is billed alone, CPT Code 77301 (with a modifier of TC) is reimbursed at $1,492.95.

185.    When VMAT and IMRT's professional component is billed alone, CPT Code 77301 (with a modifier of 26) is reimbursed at $416.76.

186.    IGRT is billed under CPT Code 77421 which includes both a technical component and a professional component.

187.    When IGRT's two components are billed together CPT Code 77421 is reimbursed at $72.32.

188.    When IGRT's technical component is billed alone CPT Code 77421 (with a modifier of TC) is reimbursed at $52.31.

25

189. When IGRT's professional component is billed alone, CPT Code 77421 (with a modifier of 26) is reimbursed at $20.01.

190. The professional component of portal imaging is billed under CPT Code 77427.

191. The technical component of portal imaging is billed under CPT Code 77417

192. CPT Codes 77417 and 77427 are billed in units of five treatment sessions, or essentially one time per week.

193. CPT Code 77427 is reimbursed at $188.30.

194. CPT Code 77417 is reimbursed at $13.64.

195. CPT Code 77300 is charged for the radiation dosimetry calculations that must be computed for each port.

196. CPT Code 77300 includes both a technical component and a professional component.

197. When the two components of radiation dosimetry calculations are billed together, CPT Code 77300 is reimbursed at $66.40.

198. When the technical component of radiation dosimetry calculations is billed alone, CPT Code 77300 (with a modifier of TC) is reimbursed at $34.01.

199. When the professional component of radiation dosimetry calculations is billed alone, CPT Code 77300 (with a modifier of 26) is reimbursed at $32.38.

200. CPT Code 77300 is charged per the number of ports. So, for example, if a patient is receiving 3-D conformal therapy through three ports, CPT Code 77300 is billed three times for a reimbursement amount of $199.20.

201.    SFRO bills for both the professional and technical component combined for all of their claims.

202.    Since highly conformal therapy, such as VMAT and IMRT are more lucrative than 3-D conformal therapy, it is often a "business decision" as opposed to a medical decision the doctor makes when deciding to treat a patient with highly conformal therapy.

### COUNT I
### Federal False Claims Act Claim Pursuant to 31 U.S.C. § 3729(a)(1)(A) Knowingly Presenting Claims for Payment to the United States for Unnecessary Services As to Defendant South Florida Radiation Oncology

203.    Relator reasserts and incorporates by reference all paragraphs set forth above as if restated herein.

204.    Pursuant to the LCD in place for Florida, IMRT is not a replacement for conventional radiation therapy methods and will only be considered reasonable and necessary when certain conditions are met and documented.

205.    CPT Code 77300 is a radiation dosimetry calculation code that is appropriate to be billed to only when radiation dosimetry calculations are performed in order to give a patient the proper amount of radiation delivered at the appropriate angle and fraction.

206.    Relator has first-hand knowledge that the majority of SFRO's patients are receiving IMRT as opposed to conventional, 3-D conformal, radiation therapy.

207.    Relator has first-hand knowledge that SFRO bills CPT Code 77300 for GAMMA which is an imaging project, and not a radiation dosimetry calculation.

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

208.    For each patient receiving IMRT, SFRO submits claims and receives payment from the United States of America through Medicare for IMRT services provided to patients whether or not patient met the requirements for IMRT as described by the LCD.

209.    For each SFRO patient receiving any type of radiation, SFRO submits claims and receives payment from the United States of America through Medicare for GAMMA images taken for every port of each patient despite the fact that exit dose radiation measuring is not an FDA approved use of the image portals, and GAMMA is not a radiation dosimetry calculation.

210.    The United States of America has been damaged by all of the aforementioned misrepresentations and failures to comply with requisite laws and regulations in an as of yet undetermined amount.  SFRO knowingly makes false claims in the form of bills to officials of the United States for the purpose of obtaining compensation.

211.    Upon information and belief, all of SFRO's locations follow the same practices of intentional non-compliance and false billing.

212.    SFRO management is aware of, and encourages, the non-compliant practices and has not taken action to accomplish compliance, which would substantially reduce corporate profits.

213.    Even though a relator is not required to identify every conceivable detail of a fraud to satisfy Rule 9(b) and then, even if specific false claims were not alleged, Relator need only allege sufficient indicia of reliability, Relator in this case has in fact alleged the who, what, where, when and how of the fraud alleged in this Count:

        a.    Who – SFRO, through co-owner and Managing Director, Ravi Patel.

28

b. What – Presents claims to Medicare for reimbursement for patients who are: i) receiving IMRT when they do not need IMRT; ii) having their exit dose radiation measured through GAMMA; and iii) back billing for GAMMA images before the GAMMA software was fully installed and functioning.

c. Where – All nineteen of SFRO's Florida locations.

d. When – From June 2, 2014 through the present.

e. How – i) Treating patients with IMRT when the patient does not meet the required conditions as described in the LCD that covers the state of Florida, *See* ¶ XX-XX; ii) instructing SFRO medical physicists to bill for GAMMA images of every port on every patient every week under CPT Code 77300 when no radiation dosimetry calculation is performed, *See* ¶ XX-XX; iii) instructing Vasiliou and Carcache to bill for GAMMA images that were taken up to six weeks before the GAMMA software was fully installed and properly functioning, *See* ¶ XX-XX.

## COUNT II
### Federal False Claims Act Claim Pursuant to 31 U.S.C. § 3729(a)(1)(A) Knowingly Presenting Claims for Payment to the United States for Unnecessary Services As to Defendant 21st Century Oncology

214. Relator reasserts and incorporates by reference all paragraphs set forth above as if restated herein.

215. IMRT is not a replacement therapy for conventional radiation therapy methods and will only be considered reasonable and necessary when certain conditions are met and documented.

216.    CPT Code 77300 is a radiation dosimetry calculation code that is appropriate to be billed to only when radiation dosimetry calculations are performed in order to give a patient the proper amount of radiation delivered at the appropriate angle and fraction.

217.    21st Century is rumored to treat its patients with IMRT as opposed to conventional, 3-D conformal, radiation therapy, up to 90% of the time.

218.    21st Century encourages physicians to prescribe IMRT.

219.    Relator has first-hand knowledge that 21st Century bills CPT Code 77300 for every port, of every patient, once a week, for GAMMA which is an imaging project, and not a radiation dosimetry calculation.

220.    For each of the representative patients described above, 21st Century submits claims and receives payment from the United States of America through Medicare for IMRT services provided to patients regardless of whether or not the patient met the requirements for IMRT.

221.    For each of the representative patients described above, 21st Century submits claims under CPT Code 77300 and receives payment from the United States of America through Medicare for GAMMA images taken of every port, for each patient, every week despite the fact that exit dose measuring is not an FDA approved use of the image portals, and GAMMA is not a radiation dosimetry calculation.

222.    The United States of America has been damaged by all of the aforementioned misrepresentations and failures to comply with requisite laws and regulations in an as of yet undetermined amount.  21st Century knowingly makes false claims in the form of reimbursement bills to officials of the United States for the purpose of obtaining compensation.

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

223.    Upon information and belief, all of 21st Century's locations follow the same practices of intentional non-compliance and false billing.

224.    21st Century management is aware of, and encourages, the non-compliant practices and has taken no action to accomplish compliance, which would substantially reduce corporate profits.

225.    Even though a relator is not required to identify every conceivable detail of a fraud to satisfy Rule 9(b) and then, even if specific false claims were not alleged, Relator need only allege sufficient indicia of reliability, Relator in this case has in fact alleged the who, what, where, when and how of the fraud alleged in this Count:

> a.  Who – 21st Century, in part through its Chief Technology Officer, Daniel Galmarini.
>
> b.  What – Presents claims to Medicare for reimbursement for patients who are: i) receiving IMRT when they do not need IMRT; ii) having exit dose radiation measured through GAMMA.
>
> c.  Where – All 161 21st Century locations across the country, including all nineteen SFRO locations.
>
> d.  When – From January 2009 through the present.
>
> e.  How – i) Treating patients with IMRT when the patient does not meet the required conditions as described in the LCD that covers the state of Florida; ii) instructing physicians to treat more patients with IMRT without having ever seen or evaluated the patient; iii) billing for GAMMA images of every port on every patient ever week under CPT Code 77300 when no radiation dosimetry

31

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

calculation is performed; and iv) requiring practices to implement and bill for GAMMA.

## COUNT III
### Federal False Claims Act Claim Pursuant to 31 U.S.C. § 3729(a)(1)(B) Knowingly Using False Claims for Payment to the United States for Unnecessary Services As to Defendant South Florida Radiation Oncology

226.    Relator reasserts and incorporates by reference all paragraphs set forth above as if restated herein.

227.    Pursuant to the LCD in place for Florida, IMRT is not a replacement therapy for conventional radiation therapy methods and will only be considered reasonable and necessary when certain conditions are met and documented.

228.    CPT Code 77300 is a radiation dosimetry calculation code that is appropriate to be billed to only when radiation dosimetry calculations are performed in order to give a patient the proper amount of radiation delivered at the appropriate angle and fraction.

229.    Relator has first-hand knowledge that the majority of SFRO's patients are receiving IMRT as opposed to conventional, 3-D conformal, radiation therapy.

230.    Relator has first-hand knowledge that SFRO bills CPT Code 77300 for GAMMA which is an imaging project, and not a radiation dosimetry calculation.

231.    For each SFRO patient receiving IMRT, SFRO submits claims and receives payment from the United States of America through Medicare for IMRT services provided to patients whether or not the patients meet the requirements for IMRT as described by the LCD.

232.    For each SFRO patient, SFRO submits claims and receives payment from the United States of America through Medicare for GAMMA images taken of each port, for each

32

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

patient, every week, despite the fact that exit dose measuring is not an FDA approved use of the image portals, and GAMMA is not a radiation dosimetry calculation.

233.    The United States of America has been damaged by all of the aforementioned misrepresentations and failures to comply with requisite laws and regulations in an as of yet undetermined amount. SFRO knowingly uses false claims in the form of claims to officials of the United States for the purpose of obtaining compensation.

234.    Upon information and belief all of SFRO's locations follow the same practices of intentional non-compliance and false billing.

235.    SFRO's management is aware of the non-compliant practices and have not taken action to accomplish compliance which would substantially reduce corporate profits.

236.    Even though a relator is not required to identify every conceivable detail of a fraud to satisfy Rule 9(b) and then, even if specific false claims were not alleged, Relator need only allege sufficient indicia of reliability, Relator in this case has in fact alleged the who, what, where, when and how of the fraud alleged in this Count:

      a.    Who – SFRO, through its co-owner and Managing Director, Ravi Patel.

      b.    What – Knowingly uses false claims to submit to Medicare for reimbursement for patients who are: i) receiving IMRT when they do not need IMRT; ii) having exit dose radiation measured through GAMMA; and iii) back billing for GAMMA images before the GAMMA software was fully installed and functioning.

      c.    Where – All nineteen of SFRO's Florida locations.

      d.    When – From June 2, 2014 through the present.

33

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

e. How – i) Treating patients with IMRT when the patient does not meet the required conditions as described in the LCD that covers the state of Florida; ii) instructing SFRO medical physicists to bill for GAMMA images of every port on every patient ever week under CPT Code 77300 when no radiation dosimetry calculation is performed; iii) instructing Vasiliou and Carcache to bill for GAMMA images that were taken up to six weeks before the GAMMA software was fully installed and properly functioning.

**COUNT IV**
**Federal False Claims Act Claim Pursuant to 31 U.S.C. §**
**3729(a)(1)(B) Knowingly Causing to be Made and Used Claims**
**for Payment to the United States for Unnecessary Services As**
**to Defendant 21st Century Radiation Oncology**

237.    Relator reasserts and incorporates by reference all paragraphs set forth above as if restated herein.

238.    IMRT is not a replacement therapy for conventional radiation therapy methods and will only be considered reasonable and necessary when certain conditions are met and documented.

239.    CPT Code 77300 is a radiation dosimetry calculation code that is appropriate to be billed to only when radiation dosimetry calculations are performed in order to give a patient the proper amount of radiation delivered at the appropriate angle and fraction.

240.    21st Century is rumored to treat its patients with IMRT as opposed to conventional, 3-D conformal, radiation therapy up to 90% of the time.

241.    Relator has firsthand knowledge that 21st Century encourages physicians to prescribe more IMRT.

34

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

242.     Relator has first-hand knowledge that 21st Century bills CPT Code 77300 for GAMMA which is an imaging project, and not a radiation dosimetry calculation.

243.     For each of the representative patients described above, 21st Century submits claims and receives payment from the United States of America through Medicare for IMRT services provided to patients regardless of whether or not the patient meets the requirements for IMRT.

244.     21st Century causes these fraudulent claims to be used and presented for payment by Medicare by ensuring the all physicians use IMRT even when the physician does not think it is medically necessary.

245.     21st Century causes these fraudulent claims to be used and presented for payment by Medicare by ensuring all of their locations bill CPT Code 77300 weekly for GAMMA which images every port of every patient every day the patient receives treatment.

246.     The United States of America has been damaged by all of the aforementioned misrepresentations and failures to comply with requisite laws and regulations in an as of yet undetermined amount.

247.     21st Century knowingly causes to be used and presented false claims in the form of bills to officials of the United States for the purpose of obtaining compensation.

248.     21st Century management, is aware of the non-compliant practices and has not taken action to accomplish compliance, which would substantially reduce corporate profits.

249.     Even though a relator is not required to identify every conceivable detail of a fraud to satisfy Rule 9(b) and then, even if specific false claims were not alleged, Relator need

35

CONFIDENTIAL AND UNDER SEAL—*QUI TAM* COMPLAINT

only allege sufficient indicia of reliability, Relator in this case has in fact alleged the who, what, where, when and how of the fraud alleged in this Count:

    a.  Who – 21st Century, through its Chief Technology Officer, Daniel Galmarini.

    b.  What – Knowingly uses false claims to submit to Medicare for reimbursement for patients who are:  i) receiving IMRT when they do not need IMRT; ii) having exit dose radiation measured through GAMMA.

    c.  Where – All 161 21st Century locations across the country, indlcuding all nineteen SFRO locations.

    d.  When – From January 2009 through the present.

    e.  How – i) Treating patients with IMRT when the patient does not meet the required conditions; ii) instructing physicians to treat more patients with IMRT without having ever seen or evaluated the patient; and iii) billing for GAMMA images of every port on every patient ever week under CPT Code 77300 when no radiation dosimetry calculation is performed.

## PRAYER FOR RELIEF

    WHEREFORE, the Relator Joseph Ting, acting on behalf of and in the name of the United States of America, and on his own behalf, prays that judgment be entered against Defendants for violation of the False Claims Act as follows:

    (a)  In favor of the United States against the Defendants for treble damages to the federal government from the submission of false claims, and the maximum civil penalties for each violation of the False Claims Acts;

(b) In favor of the Relator for the maximum amount pursuant to 31 U.S.C. § 3730(d) to

include reasonable expenses, attorney fees, and costs incurred by the Relator;

(c) For all costs of the False Claims Act civil action; and

(d) In favor of the Relator and the United States for further relief as this court deems just and

equitable.

Respectfully Submitted,

David Scher, *Pro Hac Vice to be filed*
R. Scott Oswald, Fl. Bar No. 158437
The Employment Law Group, P.C.
888 17th Street, NW, 9th Floor
Washington, D.C. 20006
(202) 261-2803
(202) 261-2835 (facsimile)
dscher@employmentlawgroup.com
soswald@employmentlawgroup.com
*Counsel for the Plaintiff*

**JURY DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Dr. Ting hereby demands a

jury trial.

37