FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION   16 MAR -4 PM 2:54

UNITED STATES OF AMERICA
*ex rel.* Joseph Ting,

CLERK...  ...COURT
MIDDLE D'S.  ... OF  FLORIDA
FT. MYE... FLORIDA

Plaintiffs,

Case No. 2:14-cv-405-FtM-29CM

v.

**FILED UNDER SEAL**

21st CENTURY ONCOLOGY, INC.,
SOUTH FLORIDA RADIATION ONCOLOGY,
LLC,

Defendants.

_____/

**ORDER**

(S-21)

Per the Joint Stipulation of Dismissal filed on March 2, 2016 (Dkt. No. __), a

settlement has been reached in this case for the following covered conduct ("the Covered

Conduct"):

1.   Submission of Gamma function claims for the first year that Gamma was implemented (2009) at all locations when physicians and physicists had not been properly trained to interpret and utilize Gamma function results;

2.   Subsequent submission of Gamma function claims at new locations acquired after 2009 and locations where Gamma was implemented after 2009 (specifically Oncure and SFRO) for the first one hundred and eighty (180) days that the Gamma function was in use at those locations when physicians and physicists were not properly trained to interpret and utilize Gamma function results;

3.   Submission of Gamma function claims where no physician reviewed the Gamma function results until seven or more days after the last day patients received radiation treatment therapy; and

4. Submission of Gamma function claims where no Gamma result was available due to technical failures that produced no reference or quality assurance image.   In these instances, the United States contends that Gamma offered no value or meaning to any healthcare practitioners.

4

Plaintiff, the United States of America and Relator Joseph Ting, stipulate to the dismissal of the Covered Conduct with prejudice.    The United States also stipulates to the dismissal of all other claims asserted on its behalf by Plaintiff Ting.    However, the United States stipulates to the dismissal of these remaining claims *without* prejudice to the United States.    Plaintiff Ting stipulates to the dismissal of all claims with prejudice he previously asserted in his *qui tam* complaint.

In accordance with the Joint Stipulation filed by the United States and Plaintiff Ting, IT IS ORDERED that,

1. Consistent with the terms of the Settlement Agreement executed by the United States, Plaintiff Ting, and Defendants, the United States' and Ting's claims against the Defendant stemming from the Covered Conduct are dismissed with prejudice.

2. All other civil monetary claims against the Defendant that were asserted on behalf of the United States in Plaintiff Ting's *qui tam* complaint and amended complaint are dismissed without prejudice to the United States and with prejudice to Ting;

3. Ting's complaint, amended complaint, and this Order shall be unsealed; and

4. All other related filings, including the United States' *Ex Parte* Applications for Extensions of Intervention Deadline and supporting papers, shall remain under seal.

**DONE AND ORDERED** in Fort Myers, Florida, this 4th day of March, 2016.

BY THE COURT:

John E. Steele

JOHN E. STEELE
Senior UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record